Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

Joshua Lee Wiggins

)
)
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
)
-v- )
Ass. Warden Sagwick  TCDF )
Terraoca County )
E-Chavez - Chief Security  Detention )
M. Lunch - Investigato  TDCF Facility )
S/OO - Lt. MEZA      Core Civic )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here.)*

Case No.    **CV 23-78**

*(to be filled in by the Clerk's Office)*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name Joshua Lee Wiggins

All other names by which you have been known:

ID Number 90573051

Current Institution TCDF / Core Civic

Address

c/o Law Office of Joel Meyers
1000 Cordova Place, #930, Santa Fe, NM 87505

P.O. Box 837    Estancia    NM    87106
                City        State    Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name Warden/Assistant to Warden Sedgwick

Job or Title (if known) WARDEN / Assistant Warden

Shield Number N/A

Employer TCDF / Core Civic

Address P.a Box 837

Estancia    NM    87106
City         State   Zip Code

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name E Chavez    Ernesto chavez

Job or Title (if known) Chief of Security

Shield Number N/A

Employer TCDF / Core Civic

Address P.O. Box 837

Estancia    NM    87106
City         State   Zip Code

☒ Individual capacity    ☒ Official capacity

12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name *M. Luna mis.* myRa Luna

Job or Title *(if known)* Investigator

Shield Number N/A

Employer TCDF/Core Civic

Address P.O Box 837

Estancia          N.M          87106
*City*            *State*       *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 4

Name *Lt MEZA* Jose meza

Job or Title *(if known)* Lt. at time Sgt.

Shield Number N/A

Employer TCDF/core Civi

Address P.O Box 837

Estancia          NcM          87106
*City*            *State*       *Zip Code*

☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st - 5 -7-8 th & 14th Amendments

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Attached papers showing violation & lack of professionalism

See Attachments

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

#1) On 1-6-22, in Hall on way back from work detail "Several inmater present" informal complaint

#2) 1/21/22 was given a report cause, asked S.D/o meza if he, I wasn't supposed to follow the paper process
so S.D/o meza did not answer. Instead he went further and, upon Reck scheduling, he
was telling inmates that I W2GGZN's # 53062340 am a Jail house spitch". For using
my First Amendment Right & facility Grievance process.... Filed Greiance on 1-31-22 this
report was file for asking S.DO meza about informal process. was taked to Sey ADD-Sey
pending investigation. which got dismissed 1/26/22.. But was not allowed to use phones at
all for 5 days cause S.DO - meza told Sey C/O not to allow me phone privileges,-
C/O Mr. Contrepas said he was told not to let me use phone & S.Do meza is his boss
Now S.DO meza has been moved up to Lt. MEZA

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

ON 1/6/22 time was    AM

ON 1/8/22 filed Informal

On 1/21/02 ask S.O/o meza if I went about filing my proper process wrong & if - didn't how Refuse to come
S.O/O meza didn't answer Question, instead he wrote me up - witness statements verify result
On 1/21/22 was given misconduct Report & plead in Ad-Segregation pending displinary act
which got dismissed on 1/26/22 cause witness statements said as I said & Report falsified.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Ended up in Ad-Segregation pending Misconduct Report for filing Informal & Grievance
for then saying Cut - Yoke Big Black ASS one ever pure to saying I trid to hit him with mop.
S.O/O MEZA, Now Lt. Meza made up false Report & Boasted to in unit 15 Seg. That
he'll fuck me even harder, for me practicing my due process Grievence process. He
then assigned himself to Rec. yard C/o fr 1/6/02 after filing Informal Complaint he stated teling inmates
roommate that I was (Switching) for following my Right to follow the Grievance process.

S.OO meza/Lt.     1. Misconduct Report, Falisyring Reports & incident... Said I swung mop at his leg/foot. (S.OO wheeler C/o)
2. Inmates gave statements. But placed in Seg. for asking questions & then S/O meza tuk it further further
3. (Chaco, 5A) (David Stetchel 5B-#110) (mitchell-5B#109)
4. Was not allowed to use phone to call Lawyer. C/o Contreras stated that S.O/o meza advised him
not to let me use phone while in Seg...

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

Mental anguish, Anxiety attacks

PTSD

Stress Anxiety disorder

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims. $250,000,00 Punitive

Attached is Brief Background with written utterance of day to day horasmnt by staff

• Alledged Constitutional Violations
• Overview of events
• Claims
• If Lawyer is Appointed, All Lawyer Fees

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

TCDF / Core Civic
Torrance County Detention Facility

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
#1) Facility Staff   #4) Reprisal for using Informal Resolution/Grievence Process
#3) Safty Soeventy  #20) Violations of federal or state regulations, laws, court decisions
#21) Cil. ADA or Constitutional Rights)
#91) Others PTSD/Cruel Unusual Punishment/Ceuil Unusual Anguish

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

■ Yes        #1-#78 pg's will show the Grievance process
                        exhausted. ✓
□ No                              see Attachments

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

■ Yes

□ No

E.    If you did file a grievance:

1.   Where did you file the grievance?
     TCDF / Core Civic
     Torrance County Detention Facility

2.   What did you claim in your grievance?
     Grievene (A) Statement attatdud te Suite
     #1-#78 pg's Is is Attached papers

3.   What was the result, if any?
     Retaliation Placed in segregution for false accusations & for
     Following my Right to Informal Grievance Process..
     - After Appeal, Asst warden seqwick, and chief chavez, also
     along with Investigating Lujan, failed to Investigate, Claimed That
     these was Insufficient Facts. Claimed The Matter could not be substantiated
4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)
     It's Complete will attatch Appeal Responce & Answer.
     - I feel That the grievance process was completely
     exhausted.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

   1.    If there are any reasons why you did not file a grievance, state them here:

   2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: *Grievence filed 7 Officals and head* *E. Chavez Chief of Security — S/DO meza - Lt. MEZA* *M. Luna Investigato* *Miss Plaut Green Grievence Officer/Other* *Asst Warden Sewick*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *as is Section D#2 Forms & Appeals attatched* *#1 - 18 pgs Shows formats of exhausted Remedes & Cud comes*

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* *Yes Section D#2 & (G) satare*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
      Plaintiff(s)
      Defendant(s)                          N/A

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number                N/A

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

      ☐ Yes

      ☐ No                          N/A

      If no, give the approximate date of disposition.

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*          N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?          N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s)

    Defendant(s)

    N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition

    N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   10 - 11 - 2022

Signature of Plaintiff

Printed Name of Plaintiff   Joshua Lee Wiggins

Prison Identification #   90573051

Prison Address   P.O. Box 837

Estancia   *City*   NM   *State*   87016   *Zip Code*

### B.   For Attorneys

Date of signing:

Signature of Attorney   Pro-Se

Printed Name of Attorney   NEED Attorney

Bar Number

Name of Law Firm   Respectfully Requesting that attorney

Address   be Appointed

*City*   *State*   *Zip Code*

Telephone Number

E-mail Address

JOE MEYER
1000 Cordova Pl. # 930
Santa Fe, NM
87505